IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD ANDERSON,<br><br>          Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of<br>Social Security,<br><br>          Defendant. | 8:20-CV-251<br><br><br>ORDER |

IT IS ORDERED:

1. The defendant's unopposed motion to remand (filing 26) is granted.

2. This case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The plaintiff's motion for an order reversing the Commissioner's decision (filing 23) is denied as moot.

4. A separate judgment will be entered.

Dated this 5th day of May, 2021.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge